# Court of Appeals
# of the State of Georgia

ATLANTA,　November 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0177.  MARVA MONROE v. EXCEL FEDERAL CREDIT UNION.**

In this collection action, the trial court entered summary judgment in favor of Excel Federal Credit Union in the total amount of $11,304.93 and requiring the defendant's, Marva Monroe, answer to be sealed.  Monroe then filed this timely application for discretionary appeal.[1]  However, the order granting summary judgment is subject to direct appeal.

Pursuant to OCGA § 9-11-56 (h), "[a]n order granting summary judgment on any issue or as to any party shall be subject to review by appeal."  Here, Monroe seeks to challenge the grant of summary judgment in favor of Excel.  This Court will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).

Accordingly, this discretionary application is hereby GRANTED.  Monroe shall have ten days from the date of this order to file a notice of appeal in the trial court.  If Monroe has already filed a notice of appeal from the order at issue here, she need not file a second notice.  The clerk of the trial court is DIRECTED to include

---

[1] Monroe originally filed her application in the Georgia Supreme Court, which transferred the case to this Court after finding no basis for its jurisdiction.  See Case No. S20D0322 (transferred October 30, 2019).

a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __11/23/2019__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*